**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): 20-3792

Caption [use short title]

Motion for: extension of time

United States v. Peter Bright

Set forth below precise, complete statement of relief sought:

a 30-day extension, to February 22, 2022, of

the time to file a petition for panel rehearing/

rehearing en banc.

MOVING PARTY: Peter Bright

OPPOSING PARTY: United States

☐ Plaintiff       ☑ Defendant

☑ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Daniel Habib

OPPOSING ATTORNEY: Alexander Li

[name of attorney, with firm, address, phone number and e-mail]

Federal Defenders of New York, Inc.

United States Attorney's Office/S.D.N.Y.

52 Duane Street, 10th Floor, NY NY 10007

1 St. Andrew's Plaza, NY NY 10007

(646) 484-1724; daniel_habib@fd.org

(212) 637-2265; alexander.li@usdoj.gov

Court-Judge/Agency appealed from: U.S. District Court/S.D.N.Y. (Castel, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):

☑ Yes ☐ No (explain):

Opposing counsel's position on motion:

☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:

☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?   ☐ Yes ☐ No

Has this relief been previously sought in this Court?   ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is oral argument on motion requested?   ☐ Yes ☑ No   (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☑ Yes ☐ No   If yes, enter date: Argument was heard December 10, 2021

**Signature of Moving Attorney:**

/s/ Daniel Habib          Date: 01/07/2022       Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------X
UNITED STATES OF AMERICA,           :      D E C L A R A T I O N

                        Appellee,   :      Docket No. 20-3792-cr

        - v -                       :

PETER BRIGHT,                       :

           Defendant-Appellant.     :

------------------------------------X
```

**DANIEL HABIB** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

I am an attorney with the Federal Defenders of New York, Inc., Appeals Bureau, appointed by this Court as counsel to appellant Peter Bright. I make this declaration in support of a motion for a 30-day extension, to February 22, 2022, of the time to file a petition for panel rehearing/rehearing en banc. The attorney for the government, AUSA Alexander Li, has no objection and does not intend to file a response.

1. Following a jury trial in the United States District Court for the Southern District of New York, Bright was convicted of one count of attempted enticement of a minor to engage in illegal sexual activity, 18 U.S.C. § 2422(b). The district court (Castel, J.) sentenced Bright to 144 months. On January 6, 2022, this Court affirmed the judgment by summary order. Dkt. No. 81.

2. Pursuant to Fed. R. App. P. 35(c) and 40(a)(1), any petition for panel rehearing/rehearing en banc is due within 14 days, or by January 20, 2022. I respectfully request a 30-day

extension of that deadline to February 22, 2022.[1] The extension is necessary to allow me time to consult with Mr. Bright -- who is incarcerated, and with whom I can communicate only by letter or prearranged legal phone call -- concerning this Court's decision and the course he wishes to pursue, and to prepare any petition.

**WHEREFORE,** I respectfully request that this Court issue an order granting a 30-day extension, to February 22, 2022, of the time to file a petition for panel rehearing/rehearing en banc.

Dated:  New York, New York
       January 7, 2022

> /s/ Daniel Habib
> Attorney for Defendant-Appellant
> **PETER BRIGHT**

## CERTIFICATE OF SERVICE

I certify that a copy of this motion has been served by CM/ECF electronic filing on the United States Attorney for the Southern District of New York (Attention: **ALEXANDER LI,** Assistant United States Attorney), 1 St. Andrew's Plaza, New York, NY 10007.

Dated:  New York, New York
       January 7, 2022

> /s/ Daniel Habib
> Attorney for Defendant-Appellant
> **PETER BRIGHT**

---

[1] 30 days from January 20, 2022 is February 19, 2022, which is a Saturday. The following Monday, February 21, 2022, is a legal holiday (Washington's Birthday). See Fed. R. App. P. 26(a)(6); 5 U.S.C. § 6103(a). Pursuant to Fed. R. App. P. 26(a)(1)(C), the requested 30-day extension of time would make the deadline February 22, 2022.